THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* SAMUEL K. NESTER, Appellant.

Argued October 6, 1937; decided October 22, 1937.

*Leland R. Yost* for appellant.

*Nathan D. Lapham, District Attorney (Lyman B. Lewis* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS and FINCH, JJ. Dissenting: CRANE, Ch. J., LOUGHRAN and RIPPEY, JJ., on the ground that the exclusion of the evidence of defendant's good character was material error.